<div style="columns:2">

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

</div>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE GRIND, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br>Defendant. | Case No. 2:15-cv-06834-CBM-FFMx<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(II)[ JS-6]** |

    The Court has reviewed the Stipulation to Dismiss of Plaintiff ANNETTE GRIND and Defendant PROGRESSIVE FINANCIAL SERVICES, INC. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class

{00046394;1}

action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: APRIL 12, 2016

                                         Consuelo B. Marshall

                                         UNITED STATES DISTRICT JUDGE

{00046394;1}